IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ISHMAEL K. WHITAKER, | : |
| Plaintiff, | : |
| V. | : |
| | : NO. 4:21-cv-215-CDL-MSH |
| MUSCOGEE COUNTY JAIL, *et al.*, | : |
| Defendants. | : |

### NOTIFICATION OF MOTION TO DISMISS

Defendant Marteia Wells ("Defendant") filed a motion to dismiss (ECF Nos. 40, 41) on August 23, 2022. The Court is required to adequately advise Plaintiff of the significance of Defendant's motion. *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985) (per curiam). In an effort to afford Plaintiff, who is proceeding *pro se*, adequate notice and time to respond to Defendant's motion, the following notice is given.

Under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. Plaintiff may submit his argument to this Court by filing a brief in opposition to Defendant's motion to dismiss. Unless the Court has granted prior permission, any brief should not exceed 20 pages. M. D. Ga. Civ. R. 7.4.

**FAILURE OF PLAINTIFF TO RESPOND TO AND REBUT THE LEGAL ARGUMENTS SET FORTH IN DEFENDANT'S BRIEF MAY RESULT IN THESE STATEMENTS BEING ACCEPTED AS UNCONTESTED AND CORRECT.** The Court could grant judgment to Defendant and there would be no

trial or further proceedings for this Defendant. Accordingly, Plaintiff is **NOTIFIED** of his right to submit a response brief **WITHIN 21 DAYS** of the date of this Order. Fed. R. Civ. P. 15(a)(1)(B): M.D. Ga. Civ. R. 7.2. Thereafter, the Court will consider Defendant's motion to dismiss and any opposition to the same filed by Plaintiff and issue its ruling.

SO ORDERED, this 24th day of August, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE